# EXHIBIT B

Charted Claims:
Method Claim:1

| US9986435 | ProCare's Child Care App and Management Platform ("The Accused System") |
|---|---|
| 1. A method to perform an action, comprising:<br><br>receiving, by a first device located at a first geographical location, one or more messages that: | The accused system practices a method to perform an action (e.g., enabling user for check-in or check-out), comprising: receiving, by a first device (e.g., ProCare Childcare App server) located at a first geographical location (e.g., geographical location of a ProCare Childcare App data centre), one or more messages (e.g., geolocation information messages from a mobile device enabled with ProCare Childcare App, messages with location updates from a mobile device enabled with ProCare Childcare App).<br><br><br><br>https://www.procaresoftware.com/child-care-app/ |

| Business Management | Parent Engagement | Security & Contactless | Staff Management | More |



## Secure & Contactless

Safety has always been a top priority for child care centers, but it has become even more important in today's world. Eliminating unnecessary foot traffic is key in providing a safer environment.

That's why Procare enables contactless check-in/out with the choice of either QR codes, GPS curbside or both. And, we also offer security hardware so you can ensure your center is truly secure.

**LEARN MORE ABOUT SECURE & CONTACTLESS →**

https://www.procaresoftware.com/child-care-app/

2

  

**Track Attendance**

Record and maintain up-to-the-minute information on the children in your care with attendance tracking.

**Monitor & Report Staff-Child Ratios**

Monitor and manage staff-child ratios for proper development and to meet state requirements.

**Drop off & Pick Up**

Maximize the safety of students during the busiest time of the day with contactless QR code and GPS check-in.

  

**Online Registration**

**Activity Management**

**Early Childhood Learning**

https://www.procaresoftware.com/child-care-app/

3

**Keep your building secure**

The Procare Keyless Entry, Interior Door Control and Biometric Fingerprint Check-in systems for daycare and child care centers allows you to take control of building access and security at your center.

**Record real-time access, drop-off and pick-up records**

Procare's Keyless Entry System keeps a live record of who enters your building, allowing you to monitor building access in real time or by printing a daily log. The Biometric Fingerprint Check-in Scanner gives you an accurate record of those picking up or dropping off children at your center.

**Easily control security through your computer**

For Keyless Entry, each ID code can be activated, changed, disabled or placed on a restricted list directly from your computer at any time, providing a safe, secure environment for children and peace of mind for parents. And you can use Procare's Interior Door Controller to provide secure access to designated doors.

**Fingerprint technology to improve check-in security and keep children safe**

The Biometric Fingerprint Check-in Scanner ensures only authorized caregivers can pick up or drop off the children in your care.

**Eliminate the hassle of using keys or swipe cards**

With Procare's Keyless Entry System, unique ID codes are assigned to each person, eliminating the cost and hassle of lost keys or magnetic swipe cards.

**Improve the safety and wellbeing of children, staff and families with contactless QR code and GPS check-in**

Ensure children in your care are safely and securely checked in to your center or school without the need for close, in-person contact. Parents can easily check their children in and out using Procare's smartphone app.

https://www.procaresoftware.com/features/child-care-security-equipment/

4

### How does it work?

Curbside Contactless Sign-In/Out uses GPS technology that allows you to define a boundary where sign-ins can occur. When parents arrive within the GPS range you've specified, they'll receive a prompt on their smartphone through the Procare app that asks them to sign in their child. This means parents can answer kiosk questions and sign for their children without needing to enter the building or touch any devices.



Child care centers can select the radius of their pick-up area.



Parents will get a prompt to allow their child care center to use their location for GPS-enabled check-in.

https://www.procaresoftware.com/resources/gps-technology-allows-for-contactless-curbside-sign-in-out/



https://play.google.com/store/apps/details?id=com.kinderlime.dev

 **Procare: Childcare App**   ×
About this app

Procare allows you to run your entire school operations through our childcare app and website. Save time and money by streamlining core administrative functions while raising the bar for the parent experience with professional communications, easy-to-access portals, and the opportunity for real-time updates from the classroom.

Procare has everything that you need: SIGN IN-OUT / ATTENDANCE, STAFF TIMECLOCK, DAILY SHEETS/REPORTS, LEARNING, PHOTOS, VIDEOS, MESSAGING, BILLING and much more.

Meant for CHILDCARE / DAYCARE / CAMPS / AFTER-SCHOOL

PARENTS: Engage with your child's activities that are shared from school and easily message your child's staff. You can also invite other family members / nannies / grandparents to engage or share your child's activities. Plus, you can pay tuition online.

Features:

STUDENT ATTENDANCE: Replace paper sheets with digital SIGN IN-OUT. Record student attendance, absences (add notes) and transfer to different rooms. Generate BEST industry standard reporting from our website to satisfy childcare LICENSING needs. (Also has OFFLINE MODE to run without network)

PARENT KIOSK: Parents can drop off and pick up children easily (optional use of a 4-digit pin). Record SIGNATURES and capture answers with DROP-OFF form. Charge payments based on their HOURLY attendance and collect LATE FEE.

STAFF TIMECARD: Staff can CHECK-IN from the app using 4-digit pin. Build REPORTS of their timecard from website for PAYROLL.

TRACK RATIOS: Always be licensing-compliant. Track ratios in real time from the app for all your rooms.

https://play.google.com/store/apps/details?id=com.kinderlime.dev

| | |
|---|---|
| indicate geographical location information of a second device located at a second geographical location, and | The accused system practices receiving, at a first device (e.g., ProCare Childcare App server), a message which indicates geographical location information (e.g., location of mobile device enabled with ProCare Childcare App) of a second device located at a second geographical location (e.g., mobile device enabled with ProCare Childcare App).<br><br>As shown below, a device enabled with the ProCare Childcare App sends location information to an ProCare Childcare App server which uses the location of user to allow the user for check-in or check-out.<br><br>Business Management      Parent Engagement      Security & Contactless      Staff Management      More<br><br><br>**Secure & Contactless**<br><br>Safety has always been a top priority for child care centers, but it has become even more important in today's world. Eliminating unnecessary foot traffic is key in providing a safer environment.<br><br>That's why Procare enables contactless check-in/out with the choice of either QR codes, GPS curbside or both. And, we also offer security hardware so you can ensure your center is truly secure.<br><br>LEARN MORE ABOUT SECURE & CONTACTLESS →<br><br>https://www.procaresoftware.com/child-care-app/ |

**Keep your building secure**

The Procare Keyless Entry, Interior Door Control and Biometric Fingerprint Check-in systems for daycare and child care centers allows you to take control of building access and security at your center.

**Record real-time access, drop-off and pick-up records**

Procare's Keyless Entry System keeps a live record of who enters your building, allowing you to monitor building access in real time or by printing a daily log. The Biometric Fingerprint Check-in Scanner gives you an accurate record of those picking up or dropping off children at your center.

**Easily control security through your computer**

For Keyless Entry, each ID code can be activated, changed, disabled or placed on a restricted list directly from your computer at any time, providing a safe, secure environment for children and peace of mind for parents. And you can use Procare's Interior Door Controller to provide secure access to designated doors.

**Fingerprint technology to improve check-in security and keep children safe**

The Biometric Fingerprint Check-in Scanner ensures only authorized caregivers can pick up or drop off the children in your care.

**Eliminate the hassle of using keys or swipe cards**

With Procare's Keyless Entry System, unique ID codes are assigned to each person, eliminating the cost and hassle of lost keys or magnetic swipe cards.

**Improve the safety and wellbeing of children, staff and families with contactless QR code and GPS check-in**

Ensure children in your care are safely and securely checked in to your center or school without the need for close, in-person contact. Parents can easily check their children in and out using Procare's smartphone app.

https://www.procaresoftware.com/features/child-care-security-equipment/

### How does it work?

Curbside Contactless Sign-In/Out uses GPS technology that allows you to define a boundary where sign-ins can occur. When parents arrive within the GPS range you've specified, they'll receive a prompt on their smartphone through the Procare app that asks them to sign in their child. This means parents can answer kiosk questions and sign for their children without needing to enter the building or touch any devices.



Child care centers can select the radius of their pick-up area.



Parents will get a prompt to allow their child care center to use their location for GPS-enabled check-in.

https://www.procaresoftware.com/resources/gps-technology-allows-for-contactless-curbside-sign-in-out/

Schools will now have the option to reduce unnecessary foot traffic and follow distancing guidelines by using the Curbside Contactless (GPS) to allow parents to sign children in and out.

This geofencing solution works by only allowing parents to sign their children in or out when the parents' devices register that they are present at the school. By using GPS, Procare ensures that the parents are within the radius that the school has set before the parents are able to sign their children out from their own device.

https://help.procareconnect.com/en/articles/4162923-curbside-contactless-gps-sign-in-out



https://help.procareconnect.com/en/articles/4162923-curbside-contactless-gps-sign-in-out



https://help.procareconnect.com/en/articles/4162923-curbside-contactless-gps-sign-in-out

The sign-in button will only be highlighted when the parents are within the designated perimeter.



Parents will then be prompted to complete the same steps as if they have entered their four-digit pin into the kiosk, or if they had scanned the school's QR Code.

You also have the option to require parents to submit answers to questions from their own devices by using the Parent Kiosk Forms. This is a great way to track the health data of your children, and staff can view the answers right from the mobile app!

**Please note:** that this feature will require parents to allow the Procare app to have access to GPS on their mobile devices.

https://help.procareconnect.com/en/articles/4162923-curbside-contactless-gps-sign-in-out

14



https://play.google.com/store/apps/details?id=com.kinderlime.dev

| | |
|---|---|
| include a request for a first action to be performed by the first device, wherein the one or more messages are received from the second device, and wherein the geographical location information of the second device acts as authentication to allow the first action to be performed by the first device; and | The accused system practices receiving, at a first device (e.g., ProCare Childcare App server), a message which includes a request (e.g., Check-in or Check-out request) for a first action (e.g., enabling user for check-in or check-out) to be performed by the first device (e.g., ProCare Childcare App server), wherein the one or more messages (e.g., messages with location updates from a mobile device enabled with ProCare Childcare App) are received from the second device (e.g., the mobile device enabled with ProCare Childcare App) and wherein the geographical location information (e.g., location of mobile device enabled with ProCare Childcare App) of a second device (e.g., mobile device enabled with ProCare Childcare App) acts as authentication to allow the first action (e.g., location information will authenticate user for check-in, check-out, etc.) to be performed by the first device (e.g., ProCare Childcare App server).<br><br>The location information of the second device (e.g., location of mobile enabled with ProCare Childcare App) acts as authentication to allow the first action (e.g., enabling user for check-in or check-out, etc.) because it permits the first device (e.g., ProCare Childcare App server) to perform the first action (e.g., enabling user for check-in or check-out, etc.).<br><br> |

https://www.procaresoftware.com/child-care-app/

**Keep your building secure**

The Procare Keyless Entry, Interior Door Control and Biometric Fingerprint Check-in systems for daycare and child care centers allows you to take control of building access and security at your center.

**Record real-time access, drop-off and pick-up records**

Procare's Keyless Entry System keeps a live record of who enters your building, allowing you to monitor building access in real time or by printing a daily log. The Biometric Fingerprint Check-in Scanner gives you an accurate record of those picking up or dropping off children at your center.

**Easily control security through your computer**

For Keyless Entry, each ID code can be activated, changed, disabled or placed on a restricted list directly from your computer at any time, providing a safe, secure environment for children and peace of mind for parents. And you can use Procare's Interior Door Controller to provide secure access to designated doors.

**Fingerprint technology to improve check-in security and keep children safe**

The Biometric Fingerprint Check-in Scanner ensures only authorized caregivers can pick up or drop off the children in your care.

**Eliminate the hassle of using keys or swipe cards**

With Procare's Keyless Entry System, unique ID codes are assigned to each person, eliminating the cost and hassle of lost keys or magnetic swipe cards.

**Improve the safety and wellbeing of children, staff and families with contactless QR code and GPS check-in**

Ensure children in your care are safely and securely checked in to your center or school without the need for close, in-person contact. Parents can easily check their children in and out using Procare's smartphone app.

https://www.procaresoftware.com/features/child-care-security-equipment/

## How does it work?

Curbside Contactless Sign-In/Out uses GPS technology that allows you to define a boundary where sign-ins can occur. When parents arrive within the GPS range you've specified, they'll receive a prompt on their smartphone through the Procare app that asks them to sign in their child. This means parents can answer kiosk questions and sign for their children without needing to enter the building or touch any devices.



Child care centers can select the radius of their pick-up area.



Parents will get a prompt to allow their child care center to use their location for GPS-enabled check-in.

https://www.procaresoftware.com/resources/gps-technology-allows-for-contactless-curbside-sign-in-out/

Schools will now have the option to reduce unnecessary foot traffic and follow distancing guidelines by using the Curbside Contactless (GPS) to allow parents to sign children in and out.

This geofencing solution works by only allowing parents to sign their children in or out when the parents' devices register that they are present at the school. By using GPS, Procare ensures that the parents are within the radius that the school has set before the parents are able to sign their children out from their own device.

https://help.procareconnect.com/en/articles/4162923-curbside-contactless-gps-sign-in-out



https://help.procareconnect.com/en/articles/4162923-curbside-contactless-gps-sign-in-out



https://help.procareconnect.com/en/articles/4162923-curbside-contactless-gps-sign-in-out

The sign-in button will only be highlighted when the parents are within the designated perimeter.



Parents will then be prompted to complete the same steps as if they have entered their four-digit pin into the kiosk, or if they had scanned the school's QR Code.

You also have the option to require parents to submit answers to questions from their own devices by using the Parent Kiosk Forms. This is a great way to track the health data of your children, and staff can view the answers right from the mobile app!

**Please note:** that this feature will require parents to allow the Procare app to have access to GPS on their mobile devices.

https://help.procareconnect.com/en/articles/4162923-curbside-contactless-gps-sign-in-out



https://play.google.com/store/apps/details?id=com.kinderlime.dev

| | |
|---|---|
| autonomously performing, based at least on the received one or more messages, by the first device, the authenticated first action. | The accused system practices autonomously performing, based at least on the received one or more messages (e.g., location information update related message), by the first device (e.g., ProCare Childcare App server), the authenticated first action (e.g., enabling user for check-in, check-out, etc.).<br><br>As shown below, when a user with ProCare Childcare App installed enters or stays within certain area/geofence set by ProCare Childcare server's administrator, the user will be able to check-in or check-out within the geofence whereas outside the geofence, checking in/out operations are prohibited.<br><br><br><br>https://www.procaresoftware.com/child-care-app/ |

24

| | |
|---|---|

**Keep your building secure**

The Procare Keyless Entry, Interior Door Control and Biometric Fingerprint Check-in systems for daycare and child care centers allows you to take control of building access and security at your center.

**Record real-time access, drop-off and pick-up records**

Procare's Keyless Entry System keeps a live record of who enters your building, allowing you to monitor building access in real time or by printing a daily log. The Biometric Fingerprint Check-in Scanner gives you an accurate record of those picking up or dropping off children at your center.

**Easily control security through your computer**

For Keyless Entry, each ID code can be activated, changed, disabled or placed on a restricted list directly from your computer at any time, providing a safe, secure environment for children and peace of mind for parents. And you can use Procare's Interior Door Controller to provide secure access to designated doors.

**Fingerprint technology to improve check-in security and keep children safe**

The Biometric Fingerprint Check-in Scanner ensures only authorized caregivers can pick up or drop off the children in your care.

**Eliminate the hassle of using keys or swipe cards**

With Procare's Keyless Entry System, unique ID codes are assigned to each person, eliminating the cost and hassle of lost keys or magnetic swipe cards.

**Improve the safety and wellbeing of children, staff and families with contactless QR code and GPS check-in**

Ensure children in your care are safely and securely checked in to your center or school without the need for close, in-person contact. Parents can easily check their children in and out using Procare's smartphone app.

https://www.procaresoftware.com/features/child-care-security-equipment/

### How does it work?

Curbside Contactless Sign-In/Out uses GPS technology that allows you to define a boundary where sign-ins can occur. When parents arrive within the GPS range you've specified, they'll receive a prompt on their smartphone through the Procare app that asks them to sign in their child. This means parents can answer kiosk questions and sign for their children without needing to enter the building or touch any devices.



Child care centers can select the radius of their pick-up area.



Parents will get a prompt to allow their child care center to use their location for GPS-enabled check-in.

https://www.procaresoftware.com/resources/gps-technology-allows-for-contactless-curbside-sign-in-out/

Schools will now have the option to reduce unnecessary foot traffic and follow distancing guidelines by using the Curbside Contactless (GPS) to allow parents to sign children in and out.

This geofencing solution works by only allowing parents to sign their children in or out when the parents' devices register that they are present at the school. By using GPS, Procare ensures that the parents are within the radius that the school has set before the parents are able to sign their children out from their own device.

https://help.procareconnect.com/en/articles/4162923-curbside-contactless-gps-sign-in-out



https://help.procareconnect.com/en/articles/4162923-curbside-contactless-gps-sign-in-out



https://help.procareconnect.com/en/articles/4162923-curbside-contactless-gps-sign-in-out

The sign-in button will only be highlighted when the parents are within the designated perimeter.



Parents will then be prompted to complete the same steps as if they have entered their four-digit pin into the kiosk, or if they had scanned the school's QR Code.

You also have the option to require parents to submit answers to questions from their own devices by using the Parent Kiosk Forms. This is a great way to track the health data of your children, and staff can view the answers right from the mobile app!

**Please note:** that this feature will require parents to allow the Procare app to have access to GPS on their mobile devices.

https://help.procareconnect.com/en/articles/4162923-curbside-contactless-gps-sign-in-out



https://play.google.com/store/apps/details?id=com.kinderlime.dev